1

2

3

4

5

6

7

8                          United States District Court

9                        Eastern District of California

10

11

12   Michael Ray Rogers,

13          Plaintiff,                    Civ. No. S 05-1604 MCE PAN P

14      vs.                              Order

15   Davis,

16          Defendant.

17                                  -oOo-

18      Plaintiff, a prisoner without counsel, seeks to commence a

19   civil rights action.

20      To commence a civil action a plaintiff must pay the $250

21   filing fee required by 28 U.S.C. § 1914(a) or request leave of

22   court to proceed in forma pauperis and submit the affidavit and

23   trust account statement required by 28 U.S.C. § 1915(a).

24      Plaintiff has neither paid the fee nor submitted a proper

25   application for leave to proceed in forma pauperis.

26      Within 30 days from the day this order is signed plaintiff

1  may submit either the filing fee or the application required by

2  § 1915(a).  The clerk of the court is directed to mail to

3  plaintiff a form application for leave to proceed in forma

4  pauperis.  Failure to comply with this order will result in this

5  file being closed.

6      So ordered.

7      Dated:  September 22, 2005.

8                          /s/ Peter A. Nowinski
                           PETER A. NOWINSKI
9                          Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26