United States District Court

Eastern District of California

Michael Ray Rogers,

    Plaintiff,            No. Civ. S 05-1604 MCE PAN P

  vs.                    Order

Davis,

    Defendant.

-oOo-

Plaintiff, a prisoner without counsel, seeks to commence a civil rights action.  September 22, 2005, the court informed plaintiff this case would be closed unless, within 30 days, he submitted either the filing fee or an application to proceed in forma pauperis.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff did not respond.  Accordingly, this file is closed.

So ordered.

Dated:  November 22, 2005.

                        /s/ Peter A. Nowinski
                        PETER A. NOWINSKI
                        Magistrate Judge